UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARL LEE SULLIVAN,

Plaintiff,

v.

SHERYL GONZOLEZ and DR. GLASGOW,

Defendants.
_______________________________________/

Case Number 25-11912
Honorable David M. Lawson
Magistrate Judge Kimberly G. Altman

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING THE CASE WITH PREJUDICE**

Presently before the Court is the report issued on August 11, 2026 by Magistrate Judge Kimberly G. Altman pursuant to 28 U.S.C. § 636(b) recommending that the Court grant the defendants' motion for summary judgment and dismiss the complaint with prejudice. The deadline for filing objections to the report has passed, and no objections have been filed. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 38) is **ADOPTED**, the defendants' motion for summary judgment (ECF No. 25) is **GRANTED**, and the case in its entirety is **DISMISSED WITH PREJUDICE**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: September 2, 2026